In the Matter of the Petition of BANKERS TRUST COMPANY and Others, to Render

and Settle Their Accounts as Executors of ALVAH DAVISON, Deceased, and to Have the Said Last Will and Testament Construed. HAROLD M. DAVISON, Individually and as Executor and Trustee, etc., of ALVAH DAVISON, Deceased, and ELMER H. DAVISON, Appellants; JOSEPH M. O'SHEA, Special Guardian for Infants, etc., and ALVAH E. DAVISON, JR., Respondents.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs to respondents, payable out of the estate, upon opinion of Surrogate Wingate.█ Present — Young, Kapper, Carswell, Scudder and Tompkins, JJ.